IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNE MAYO, | ) |
| | ) |
| Plaintiff | ) |
| | )   Civil Action |
| vs. | )   No. 11-cv-06026 |
| | ) |
| BANGOR AREA SCHOOL DISTRICT, | ) |
| | ) |
| Defendant | ) |

**O R D E R**

      NOW, this 16th day of July, 2013, upon consideration of Defendant's Motion for Summary Judgment filed February 15, 2013 (Document 27); upon consideration of the briefs and legal memoranda of the parties, and the statements of undisputed material facts, pleadings, exhibits, depositions and record papers; and for the reasons articulated in the accompanying Opinion,

      IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

      IT IS FURTHER ORDERED that judgment is entered in favor of defendant Bangor Area School District and against plaintiff Lynne Mayo on plaintiff's Complaint filed September 23, 2011 (Document 1).

                                BY THE COURT:


                                /s/ JAMES KNOLL GARDNER_____
                                James Knoll Gardner
                                United States District Judge